UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

JAIME HERNAN VELASQUEZ HERNANDEZ,

Defendant.

------------------------------------x

ORDER

22 Crim. 00258 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in the above-captioned matter shall appear before this Court for a change of plea hearing on February 27, 2025 at 10:00 a.m.

Dated: February 18, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge